**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Jonathan J. Faust (JF 2037)
(212) 940-8800 (phone)
(212) 940-8776 (fax)
email: jonathan.faust@kattenlaw.com
*Attorneys for Defendants Loehmann's Holdings Inc., Loehmann's Operating Co., Loehmann's, Inc. and Slide Mountain Acquisition Company LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KAYLA REED,

       *Plaintiff*

  v.

LOEHMANN'S HOLDING, INC.,
LOEHMANN'S OPERATING CO.,
LOEHMANN'S, INC. and SLIDE
MOUNTAIN ACQUISITION COMPANY
LLC,

       *Defendants.*
-------------------------------------------------------X

Case No. 1:17-cv-09082 (ALC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Loehmann's Holdings Inc., Loehmann's Operating Co., Loehmann's, Inc. and Slide Mountain Acquisition Company LLC, is duly authorized to appear as counsel for these Defendants, and requests that all notices and papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       January 12, 2018

                                                    KATTEN MUCHIN ROSENMAN LLP

                                                  By: _____
                                                      Jonathan J. Faust
                                           575 Madison Avenue
                                           New York, New York 10022
                                           T: 212-940-8800
                                           F: 212-894-5639
                                           jonathan.faust@kattenlaw.com
                                           *Attorneys for Defendants*

1