KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Jonathan J. Faust  (JF 2037)
(212) 940-8800 (phone)
(212) 940-8776 (fax)
email: jonathan.faust@kattenlaw.com
*Attorneys for Defendants Loehmann's Holdings Inc.,
Loehmann's Operating Co., Loehmann's, Inc. and Slide
Mountain Acquisition Company LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAYLA REED,

        *Plaintiff*

  v.

LOEHMANN'S HOLDING, INC.,
LOEHMANN'S OPERATING CO.,
LOEHMANN'S, INC. and SLIDE
MOUNTAIN ACQUISITION COMPANY
LLC,

        *Defendants.*
-----------------------------------------------------------X

Case No. 1:17-cv-09082 (ALC)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Defendants Loehmann's Holdings Inc., Loehmann's Operating Co., Loehmann's, Inc. and Slide Mountain Acquisition Company LLC certifies that none of the companies are publicly held, and none has a publicly held parent corporation.

Dated: New York, New York
      January 12, 2018

                                      KATTEN MUCHIN ROSENMAN LLP

                                      By: _____
                                            Jonathan J. Faust
                                      575 Madison Avenue
                                      New York, New York 10022
                                      T: 212-940-8800
                                      F: 212-894-5639
                                      jonathan.faust@kattenlaw.com
                                      *Attorneys for Defendants*

1