

**Katten**
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

January 12, 2018

JONATHAN J. FAUST
jonathan.faust@kattenlaw.com
212.940.8639 direct
212.894.5639 fax

<u>**VIA ECF**</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

**Re:** <u>**Reed v.Loehmann's Holdings, et al./ Case No. 17-cv-09082 (ALC)**</u>

Dear Judge Carter,

This Firm represents all defendants, <u>i.e.</u>, Loehmann's Holdings Inc., Loehmann's Operating Co., Loehmann's, Inc. and Slide Mountain Acquisition Company LLC in the above referenced matter.  We write, <u>with the consent of plaintiff's counsel</u> (Ms.Emily White,  Esq., who is copied on this letter), to request that the time for Defendants to answer, move or otherwise respond to the complaint in this matter be extended from January 30, 2018, to and including March 5, 2018.

The reason for the request is that Defendants were served via CT Corporation and only received process late last week.  Respectfully, my office requires additional time to investigate and assess the relevant facts and law.  Additionally, I spoke with Ms. White and the parties have begun discussing possible early resolution of this matter.  Defendants hope to avoid unnecessary litigation expense or the waste of judicial resources.

This is the first request by Defendants to extend their time to respond.  No prior extension request by Defendants has been made.

The requested extension will not unduly delay matters and Defendants are not aware of any other currently scheduled conference, hearing or appearance in this matter.

I thank the Court in advance for its attention to this matter.

Respectfully submitted,

Jonathan J. Faust

cc:   Emily White, DannLaw, counsel to Plaintiff

AUSTIN    CENTURY CITY    CHARLOTTE    CHICAGO    HOUSTON    IRVING    LOS ANGELES
NEW YORK    ORANGE COUNTY    SAN FRANCISCO BAY AREA    SHANGHAI    WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

US 130287723v1  384806-00001   1/12/2018 2:58 PM