USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-23-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAYLA REED an individual,<br><br>                    Plaintiff,<br>v.<br><br>LOEHMANN'S HOLDINGS INC.,<br>LOEHMANN'S OPERATING CO.,<br>LOEHMANN'S INC.,<br>and<br>SLIDE MOUNTAIN ACQUISITION COMPANY LLC,<br><br>                    Defendant. | Case No. 1:17-cv-09082-ALC<br><br>Honorable Judge Andrew L. Carter Jr.<br><br>**<u>NOTICE OF DISMISSAL<br>WITH PREJUDICE</u>** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby stipulates and agrees to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

**STIPULATED AND AGREED:**

_/s/_
_____
Javier L. Merino, Esq.
DANNLAW
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
jmerino@dannlaw.com
DisabilityNotices@dannlaw.com
*Counsel for Plaintiff*

Date: January 22, 2018.

SO ORDERED: _/s/ Andrew L. Carter_

_____
Honorable Andrew L. Carter Jr.

1-23-18
_____
Date